ANDREW MASKO, PETITIONER-RESPONDENT, v. BARNETT FOUNDRY & MACHINE CO., RESPONDENT-PETITIONER.

See same case below: 53 *N. J. Super.* 414.

*Mr. Edward B. Meredith* for the petitioner.

*Mr. Fred Freeman* and *Mr. Seymour B. Jacobs* for the respondent.

March 23, 1959. Denied.

MARIANNA BUNICONTRA, PLAINTIFF-RESPONDENT, v. FRANCIS A. DUVAL, DEFENDANT-PETITIONER.

See same case below: 53 *N. J. Super.* 518.

*Mr. J. Chester Massinger* and *Mr. Louis Santorf* for the petitioner.

*Messrs. Marcus & Levy* and *Mr. Harry Chashin* for the respondent.

March 23, 1959. Denied.